IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

LINDSAY SCOTT STEVENS,

     Plaintiff,

v.                                                                       2:25-CV-234-Z-BR

DUSTIN L. SPAGGIARI,

     Defendant.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge (ECF No. 11) to Grant Defendant's Motion for Summary Judgment (ECF No. 9). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 11) is **ADOPTED** and Defendant's Motion for Summary Judgment (ECF No. 9) is **GRANTED**.

     **SO ORDERED.**

May ⎽⎽, 2026

                                          MATTHEW J. KACSMARYK
                                          UNITED STATES DISTRICT JUDGE